# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>REDUXIO SYSTEMS, INC.,<br><br>　　　　　Defendant. | C.A. No. 17-1676-GMS |

## STIPULATION AND [PROPOSED] ORDER TO
## EXTEND TIME TO RESPOND TO MOTION TO DISMISS

IT IS HEREBY STIPULATED by the parties to this action, subject to the approval of the Court, that the time for Plaintiff Realtime Data LLC d/b/a IXO ("Plaintiff") to file its response to Defendant Reduxio Systems, Inc.'s ("Defendant") Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) (the "Motion") is extended until May 1, 2018.  The reason for this extension is to allow Plaintiff sufficient time to respond to the Motion.

Dated: April 2, 2018

| BAYARD, P.A. | ASHBY & GEDDES |
|---|---|
| */s/ Stephen B. Brauerman*<br>Stephen B. Brauerman (#4952)<br>Sara E. Bussiere (#5725)<br>600 North King Street, Suite 400<br>P.O. Box 25130<br>Wilmington, Delaware 19801<br>(302) 655-5000<br>sbrauerman@bayardlaw.com<br>sbussiere@bayardlaw.com<br><br>*Attorneys for Plaintiff*<br>*Realtime Data LLC d/b/a IXO* | */s/ Andrew C. Mayo*<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>amayo@ashbygeddes.com<br><br>*Attorney for Defendant*<br>*Reduxio Systems, Inc.* |

IT IS SO ORDERED this _____ day of April, 2018.

_____
The Honorable Gregory M. Sleet
United States District Court Judge